DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC COISCOU,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-820

[June 11, 2020]

Appeal of order denying rule 3.850 order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara A. McCarthy, Judge; L.T. Case No. 98-14046CF10B.

Marc Coiscou, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***